**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,
                    Plaintiff,

              20 **CIV** 1650 (NRB)

      -against-                  **DEFAULT JUDGMENT**

ALBIN INFNATE, Individually, and as Officer,
Director, Shareholder and/or Principal of
MOFONGO EL MOCANO RESTAURANT
AND LOUNGE CORP.

and

MOFONGO EL MOCANO RESTAURANT
AND LOUNGE CORP.
                    Defendants.
----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memorandum and Order dated October 14, 2020, the motion for default judgment is granted, and award damages in the sum of $6,440. Judgment is entered in favor of Plaintiff.

**DATED**: New York, New York
          October 15, 2020

                                  **RUBY J. KRAJICK**
                                  _____
                                  **Clerk of Court**
                      **BY**: _____
                                  **Deputy Clerk**